IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS

| | |
|---|---|
| JENNY LYNN STEVENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:25-cv-00027-JTJ |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's unopposed motion for attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2414 *et seq*., IT IS HEREBY ORDERED:

1. Defendant will pay Plaintiff a total of $7,840.00 in EAJA fees and $405.00 in total costs related to the PHV motion and filing fees. Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC. If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of David F. Chermol, Esquire. All payments in accordance with this order should be submitted via electronic funds transfer (EFT) and directed to the care of Plaintiff's attorney.

2. Defendant's payment of this award bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3.   Defendant's payment of this award is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

DATED this 1st day of October 2025.

_____
John Johnston
United States Magistrate Judge